Masoud Jahani Esq.
State Bar of California number: 315638
Email: jahanilaw@gmail.com
Tel:     310-972-9446
111W, Ocean Blvd, suite 400
Long Beach, CA, 90802

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASOUD JAHANI ESQ, AN INDIVIDUAL IN PRO PER<br><br>**Plaintiff,**<br><br>V.<br><br>ANTONY J. BLINKEN, SECRETARY OF STATE OFFICD OF THE LEGAL ADVISOR<br>600 19TH STREET NW<br>SUITE 5600<br>WASHINGTON DC 20036<br>ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY OFFICE OF THE EXECUTIVE SECRETARY<br>MS 0525 DEPARTMENT OF HOMELAND SECURITY, 2707 MARTIN LUTHER KING JR AVE SE, WASHINGTON, DC 20528-0525<br>UR M. JADDOU, DIRECTOR,<br>U.S CITIZENSHIP AND IMMIGRATION SERVICES. 20 MASSACHUSETTS AVENUE, N.W. WASHINGTON, DC 20529<br>SUSAN R. CRYSTAL, US CONSUL GENERAL<br>360 UNIVERSITY AVENUE<br>TORONTO, ONTARIO M5G 1S4<br>**Defendants** | **Case No.**: 1:23-cv-03939-APM<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST:**<br><br>ANTONY J. BLINKEN, SECRETARY OF STATE,<br><br>SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA ET AL, |

Page number: 1
**APPLICATION FOR ENTRY OF DEFAULT**

To the Clerk of the United States District Court for the Central District of Columbia:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff, Masoud Jahani, requests that the Clerk enter the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant:** ANTONY J. BLINKEN, SECRETARY OF STATE

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on February 08, 2024.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on April 08, 2024

**Name of Defendant:** SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2024.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on March 26, 2024.

Page number:
**APPLICATION FOR ENTRY OF DEFAULT**

1  Dated: April 10, 2024

Respectfully submitted,

_____
Masoud Jahani Esq.
                                "/S"
_____
.

Page number: 3

**APPLICATION FOR ENTRY OF DEFAULT**

**DECLARATION OF PLAINTIFF**

I, Masoud Jahani, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. **Defendant ANTONY J. BLINKEN, SECRETARY OF STATE,** was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on February 08, 2024, as evidenced by the proof of service on file with this court.

3. Under Rule 12, Defendant ANTONY J. BLINKEN, SECRETARY OF STATE was required to plead or otherwise respond to the complaint by April 08, 2024.
The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant ANTONY J. BLINKEN, SECRETARY OF STATE, has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant ANTONY J. BLINKEN, SECRETARY OF STATE, is not a minor or an incompetent person.

6. Defendant ANTONY J. BLINKEN, SECRETARY OF STATE, is not currently in the military service, and therefore the servicemembers of Civil Relief Act does not apply

7. **Defendant SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA,** was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2024, as evidenced by the proof oof service on file with this court.

8. Under Rule 12, Defendant SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA was required to plead or otherwise respond to the complaint by March 26, 2024.

The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

9. Defendant SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10. Defendant SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA, is not a minor or an incompetent person.

11. Defendant SUSAN R. CRYSTAL, US CONSUL GENERAL TORONTO, ONTARIO CANADA, is not currently in the military service, and therefore the servicemembers of Civil Relief Act does not apply

I have attached to this declaration a true and correct copy of the **proofs of service** on file with this Court for the above-named Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2024,

Respectfully submitted,

…………………………………

Masoud Jahani

Page number: 2

Declaration of Plaintiff